LOBLE, Respondent, v. NINTH ST. GARAGE, Appellant. (Supreme Court, Appellate Division, First Department. November 21, 1913.) Action by Pauly Loble against the Ninth Street Garage. H. M. Schaap, of New York City, for appellant. No opinion. Judgment reversed, with costs, and demurrer over-

ruled, with costs, with leave to plaintiff to withdraw demurrer on payment of costs, on the authority of Casey v. Auburn Tel. Co., 155 App. Div. 66, 139 N. Y. Supp. 579. Order filed. See, also, 144 N. Y. Supp. 1126.